AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**LAWRENCE ANTONIO MORGAN**
**DOB:** x/xx/xx
**PDID:** xxx-xxx
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>January 11, 2008</u>, in the <u>District of Columbia</u> the defendant (s) did,

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>  21  </u> United States Code, Section(s) <u>  841(a)(1)  </u>.

I further state that I am <u>**OFFICER DAVID RANDOLPH**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
**Signature of Complainant**
**OFFICER DAVID RANDOLPH**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    <u>Washington, D.C.</u>
**Date**                                            **City and State**

_____              _____
**Name & Title of Judicial Officer**            **Signature of Judicial Officer**

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
AND ARREST WARRANT**

On January 11, 2008, members of the Sixth District Vice Unit were conducting a buy/bust operation in the 200 block of the 35th Street, NE. An undercover officer made contact with defendant Lawrence Morgan about purchasing two "dimes" of crack cocaine. Defendant Morgan made a phone call and a short time later was joined by a male by the name of "Rob," later identified as defendant Robert King. The undercover officer began a conversation with defendant King about purchasing two "dimes" of crack cocaine. The defendant King made it known that he only sells "eight balls," and up but would make an exception for this occasion. Defendant King left and entered an unknown apartment building and returned a short time later. The undercover officer gave defendant King twenty dollars of pre-recorded U.S. currency and from defendant King the officer received two small loose white rocks. A portion of the white rock like substance was field tested and revealed a positive color reaction for cocaine base.

OFFICER DAVID RANDOLPH
SIXTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF FEBRUARY, 2008.



U.S. MAGISTRATE JUDGE