AO442 (Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LAWRENCE ANTONIO MORGAN

**WARRANT FOR ARREST**

CASE NUMBER: 0 8 - 0 7 4 - M - 0 1

To: The United States Marshal
and any Authorized United States Officer

**FILED**

FEB 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest <u>LAWRENCE ANTONIO MORGAN</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____ Deputy Clerk

in violation of Title __21__ United States Code, Section(s) _§ 841(a)(1)_.

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Title of Issuing Officer

_____
Signature of Issuing Officer

FEB 1 1 2008  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 2/13/08 | NAME AND TITLE OF ARRESTING OFFICER **INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM** | SIGNATURE OF ARRESTING OFFICER DUSM Kevin M. Kraemer #3969 |
| DATE OF ARREST 2/13/08 | | |