<u>NOTICE OF APPEARANCE</u>                                    <u>CO-1506 (New 5/92)</u>

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA    )
                            )
                            )
            vs.             )     Criminal No. _08-0744M-01_
                            )
                            )
_Lawrence Morgan_           )
      (DEFENDANT)           )

**FILED**

FEB 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
            (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_Paul A. Signot    411947_
(Attorney & Bar ID Number)

_Paul A. Signot_
(Firm Name)

_2910 Colorado Springs Dr_
(Street Address)

_Springfield_    _VA_    _22153_
(City)    (State)    (Zip)