# United States District Court

_____*for the*_____ DISTRICT OF _____*Columbia*_____

UNITED STATES OF AMERICA

v.

*Lawrence Morgan*

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 08 - 074 M - 01

**FILED**

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, *Lawrence Morgan*, charged in a (complaint) (petition) pending in this District with *Distribution of Cocaine* in violation of Title *21*, U.S.C., *841 A-1*,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

19 Feb 08
Date