**FILED**
FEB 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :         MAGISTRATE NO. 08-0074M

LAWRENCE ANTONIO MORGAN,         :

Defendant.                       :

## DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
VINCENT CAPUTY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 362341
Federal Major Crimes Section
555 4th Street, N.W., Room 4647
Washington, D.C. 20530
(202) 514-6972

APPROVED AND GRANTED THIS 26 DAY OF February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE